IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **TRUSTEES OF THE IBEW LOCAL NO. 683 FRINGE BENEFIT FUNDS, INC.**, et al, <br><br>          **Plaintiffs,** <br><br> vs. <br><br> **LUMBEE ELECTRICAL SERVICE, LLC,** <br><br>          **Defendant.** | CASE NO.:     2:16-cv-934 <br><br> JUDGE  EDMUND A. SARGUS <br><br> **APPLICATION TO CLERK FOR ENTRY OF DEFAULT** <br><br> Jonathan J. Winters (0089276) <br> jwinters@allottafarley.com <br> **Allotta \| Farley Co. L.P.A.** <br> **2222 Centennial Road** <br> **Toledo, Ohio  43617** <br> **Ph.: (419) 535-0075** <br> **Fax: (419) 535-1935** <br> **Counsel for Plaintiffs** |

Please enter the default of Defendant Lumbee Electrical Service, LLC under the provisions of Rule 55(b) Federal Rules of Civil Procedure for failure to plead, answer or otherwise move or defend as to Plaintiffs' Complaint, as more clearly appears from the Affidavits attached hereto.

                                        Respectfully submitted,

                                        *s/Jonathan J. Winters*
                                        Jonathan J. Winters (0089276)
                                        jwinters@allottafarley.com
                                        Allotta | Farley Co. L.P.A.
                                        2222 Centennial Road
                                        Toledo, Ohio 43617
                                        (419) 535-0075

DEFAULT NOTED BY CLERK

_____