IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

TRUSTEES OF THE IBEW LOCAL NO. 683
FRINGE BENEFIT FUNDS, INC., *et al.*,

    Plaintiffs,

v.

Civil Action 2:16-cv-934
Chief Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly Jolson

LUMBEE ELECTRICAL SERVICE, LLC,

    Defendant.

## OPINION AND ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on April 7, 2017. (ECF No. 34.) The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, this Court **GRANTS** Plaintiffs' request to the extent that it seeks to enforce the audit provision of the collective bargaining agreement but that the remainder of Plaintiffs' request is **DENIED**.

**IT IS SO ORDERED.**

8-9-2017
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE